**COMMONWEALTH of Pennsylvania,
Appellee,**

v.

**Sherry Lynn RYAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Feb. 5, 1998.

Decided May 3, 1999.

### ORDER

PER CURIAM:

**AND NOW**, this 3 rd day of May, 1999, this appeal is dismissed as improvidently granted.

Justice SAYLOR did not participate in the consideration or decision of this case.

Justices ZAPPALA and NIGRO dissent and would decide the appeal on the merits.